UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| PCC AIRFOILS, LLC, ) | |
| ) | Case No.5:10cv476 |
| Plaintiff, ) | |
| ) | |
| -vs- ) | **O R D E R** |
| ) | |
| METAL WORKERS ALLIANCE, INC., ) | |
| ) | Judge Christopher A. Boyko |
| Defendant. ) | |
| ) | |
| ) | |

On March 5, 2010, Plaintiff PCC Airfoils, LLC, filed a Motion to Vacate Arbitration Award (Dkt. #4) The case was referred to Magistrate Judge William H. Baughman, Jr. for general pretrial supervision and the Magistrate Judge issued a Report and Recommendation pursuant to Local Rule 72.2 (Dkt. #14). The Magistrate Judge recommended that the Court sign the agreed entry vacating the arbitration award. (Dkt. # 13).

FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen (14) days after service, but neither party has filed any such objections. Therefore, the Court must assume that both parties are satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, Magistrate Judge Baughman's Report and Recommendation is

**ADOPTED** and the Court will sign the agreed entry, thereby concluding the case.

IT IS SO ORDERED.

Dated: June 18, 2010

      *S/Christopher A. Boyko*
      CHRISTOPHER A. BOYKO
      UNITED STATES DISTRICT JUDGE